No. 72–914. SCHEUER, ADMINISTRATRIX *v.* RHODES, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari granted and case set for oral argument with No. 72–1318 [immediately *infra*].

No. 72–1318. KRAUSE, ADMINISTRATOR, ET AL. *v.* RHODES, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari granted and case set for oral argument with No. 72–914 [immediately *supra*].

No. 71–1240. BIRD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6355. BAMBERGER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–6579. SHEFFIELD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–6812. REED *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–6879. SCHLOMANN *v.* MOSELEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 72–84. McDANIEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–341. GUINN, SUPERINTENDENT OF SCHOOLS, ET AL. *v.* KELLY ET AL. C. A. 9th Cir. Certiorari denied.